Expedited hearing shall be held on 9/11/2024 at 11:00 AM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 09, 2024**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CTCHGC, LLC, d/b/a Central Texas Gun Works, Centex Guns, and CTGW,[1] | § § | LEAD CASE NO. 24-11072-smr |
| | § | SECOND CASE NO. 24-11073-smr |
| MICHAEL D. CARGILL, | § § | |
| | § | CHAPTER 11 |
| DEBTORS. | § § | (SUBCHAPTER V) Jointly Administered |
| | § | Under Case No. 24-11072-smr |

**ORDER GRANTING
DEBTORS' MOTION TO EXPEDITE HEARING ON
DEBTORS' MOTION FOR AUTHORITY TO PAY PRE-PETITION
WAGES AND RELATED PAYROLL TAXES AND CRITICAL CONTRACT
<u>LABOR PRE-PETITION PAYMENTS</u>**

On this date came on for consideration the Motion filed by CTCHGC, LLC d/b/a Central Texas Gun Works, Centex Guns, and CTGW ("<u>CTCHGC</u>") and Michael D. Cargill ("<u>Cargill</u>"), as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are CTCHGC, LLC d/b/a Central Texas Gun Works, Centex Guns, and CTGW (2344) and Michael D. Cargill (0321). The Debtors' mailing address is 321 W Ben White Blvd #203, Austin, TX 78704.

1

debtors and debtors-in-possession (collectively, the "Debtors" or the "Movants"), on September 3, 2024, requesting an expedited hearing on Debtors' Expedited Motion for Authority to Pay Pre-Petition Wages and Related Payroll Taxes and Critical Contract Labor Pre-Petition Payments (the "Pre-Petition Payment Motion"). The Court finds that the Motion to Expedite should be granted as set forth below.

**IT IS, THEREFORE, ORDERED** that the Motion to Expedite Hearing on Debtors' Pre-Petition Payment Motion is granted, and an expedited hearing is scheduled on the date and time identified above. The Debtor is responsible for notice.

# # #

Order submitted by:

KELL C. MERCER, P.C.
901 S MoPac Expy, Bldg 1, Suite 300
Austin, Texas 78746
(512) 627-3512
(512) 597-0767 (fax)
kell.mercer@mercer-law-pc.com

By: /s/ Kell C. Mercer
Kell C. Mercer
Texas State Bar No. 24007668

PROPOSED COUNSEL FOR CTCHGC, LLC
AND MICHAEL D. CARGILL, DEBTORS