# CAPITOL
C R E D I T   U N I O N

P.O. Box 81647
Austin, Texas 78708
www.ccutx.org
512-477-9465    800-486-4228

# STATEMENT OF ACCOUNT

| Account No. | Statement Period | Page |
|---|---|---|
| XXXXXX6240 | 09/01/24 - 09/30/24 | 1 of 3 |



BUY NOW,
PAY LATER

SCAN ME

*Terms and conditions apply. Please see an associate for a full copy of disclosures, visit our website www.ccutx.org, or give us a call at 512-477-9465.

MICHAEL DENARD CARGILL
10701 CLAYWOOD DR
AUSTIN TX 78753

---

## PRIMARY SHARE (0000)

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | Dividends YTD |
|---|---|---|---|---|
| 5.00 | 0.00 | -5.00 | 0.00 | 0.00 |

| Trans Date | Effective Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| **Sep 01** | | **Balance Forward** | | | **5.00** |
| Sep 16 | Sep 16 | Withdrawal | -5.00 | | 0.00 |
| **Sep 30** | | **Ending Balance** | | | **0.00** |
| | | Dividends Paid Year to Date | $0.00 | | |

---

## KASASA CASH (0008)

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | Dividends YTD |
|---|---|---|---|---|
| -1,478.50 | 2,203.00 | -724.50 | 0.00 | 0.01 |

| Trans Date | Effective Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| **Sep 01** | | **Balance Forward** | | | **-1,478.50** |
| Sep 03 | Sep 03 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,513.00 |
| Sep 03 | Sep 03 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,547.50 |
| Sep 03 | Sep 03 | Withdrawal RETURNED ACH FEE In the amount $299.00 DC Fund LLC | -34.50 | | -1,582.00 |
| Sep 04 | Sep 04 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,616.50 |
| Sep 04 | Sep 04 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,651.00 |
| Sep 05 | Sep 05 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,685.50 |
| Sep 05 | Sep 05 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,720.00 |
| Sep 06 | Sep 06 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,754.50 |
| Sep 06 | Sep 06 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,789.00 |
| Sep 09 | Sep 09 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,823.50 |
| Sep 09 | Sep 09 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,858.00 |
| Sep 10 | Sep 10 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,892.50 |
| Sep 10 | Sep 10 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,927.00 |
| Sep 11 | Sep 11 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -1,961.50 |
| Sep 11 | Sep 11 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -1,996.00 |
| Sep 12 | Sep 12 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -2,030.50 |

# CAPITOL CREDIT UNION

| Account No. | Statement Period | Page |
|---|---|---|
| XXXXXX6240 | 09/01/24 - 09/30/24 | 2 of 3 |

## KASASA CASH (0008) - Continued

| Trans Date | Effective Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| Sep 12 | Sep 12 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -2,065.00 |
| Sep 13 | Sep 13 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -2,099.50 |
| Sep 13 | Sep 13 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -2,134.00 |
| Sep 16 | Sep 16 | Withdrawal RETURNED ACH FEE In the amount $100.00 Diverse Capital | -34.50 | | -2,168.50 |
| Sep 16 | Sep 16 | Withdrawal RETURNED ACH FEE In the amount $101.00 Kash Advance LLC | -34.50 | | -2,203.00 |
| Sep 16 | Sep 16 | Deposit | | 5.00 | -2,198.00 |
| Sep 20 | Sep 20 | Deposit Transfer From CTCHGC LLC XXXXXXXXXX Share 0008 | | 2,198.00 | 0.00 |
| **Sep 30** | | **Ending Balance** | | | **0.00** |

Dividends Paid Year to Date          $0.01

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| **Total Returned Item Fees** | 724.50 | 5,623.50 |
| **Total Overdraft Fees** | 0.00 | 2,232.00 |

## CAPITOL FREE CHECKING (0009)

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | Dividends YTD |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Trans Date | Effective Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| **Sep 01** | | **Balance Forward** | | | **0.00** |
| | | No Activity for this period | | | |
| **Sep 30** | | **Ending Balance** | | | **0.00** |

Dividends Paid Year to Date          $0.00

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| **Total Returned Item Fees** | 0.00 | 1,518.00 |
| **Total Overdraft Fees** | 0.00 | 0.00 |

## 2015 GMC YUKON (0001)

| Beginning Balance | Ending Balance | Payment Amount | Past Due Amount | Total Amount Due | Next Payment Due Date | Annual Percentage Rate | Daily Periodic Rate | YTD Finance Charges |
|---|---|---|---|---|---|---|---|---|
| 1,900.78 | 1,900.78 | 775.30 | 1,549.20 | 1,988.33 | 10/15/24 | 3.850% | .010547% | 116.31 |

| Trans Date | Effective Date | Description | Amount | Interest | Principal | Fee | Balance |
|---|---|---|---|---|---|---|---|
| **Sep 01** | | **Balance Forward** | | | | | **1,900.78** |
| | | No Activity for this period | | | | | |
| **Sep 30** | | **Ending Balance** | | | | | **1,900.78** |

| | | |
|---|---|---|
| Past - Due Amount(due immediately) | 1,549.20 | |
| Monthly Payment | 775.30 | |
| Total Payment Due | 1,988.33 | |
| **Payment Due Date** | **10/15/24** | |

**Fees**

| Post | Description | Amount |
|---|---|---|
| | Total fees for this period | 0.00 |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Loan 0001 2015 GMC YUKON | 0.00 |
| Interest Charged Year to Date | 137.57 |
| Interest Charged in | 0.00 |

**ANNUAL PERCENTAGE RATE 3.850%** **PERIODIC RATE(DAILY) .010547%***

# CAPITOL CREDIT UNION

| | Account No. | Statement Period | Page |
|---|---|---|---|
| | XXXXXX6240 | 09/01/24 - 09/30/24 | 3 of 3 |

## 2021 CADILLAC ESCALADE ESV (0002)

| Beginning Balance | Ending Balance | Payment Amount | Past Due Amount | Total Amount Due | Next Payment Due Date | Annual Percentage Rate | Daily Periodic Rate | YTD Finance Charges |
|---|---|---|---|---|---|---|---|---|
| 82,807.33 | 82,095.76 | 1,553.06 | 3,101.86 | 4,654.92 | 10/28/24 | 4.000% | .010958% | 310.61 |

| Trans Date | Effective Date | Description | Amount | Interest | Principal | Fee | Balance |
|---|---|---|---|---|---|---|---|
| **Sep 01** | | **Balance Forward** | | | | | **82,807.33** |
| Sep 30 | Sep 30 | Payments Transfer | -1,553.06 | 686.18 | -711.57 | 155.31 | 82,095.76 |
| **Sep 30** | | **Ending Balance** | | | | | **82,095.76** |

| | | |
|---|---|---|
| | Past - Due Amount(due immediately) | 3,101.86 |
| | Monthly Payment | 1,553.06 |
| | Total Payment Due | 4,654.92 |
| **Payment Due Date** | | **10/28/24** |

**Fees**

| Post | Description | Amount |
|---|---|---|
| | Total fees for this period | 155.31 |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Loan 0002 2021 CADILLAC ESCALADE ESV | 686.18 |
| Interest Charged Year to Date | 2,618.32 |
| Interest Charged in | 686.18 |
| **ANNUAL PERCENTAGE RATE 4.000%** **PERIODIC RATE(DAILY) .010958%*** | |

## 2024 Loan Totals Year-to-Date

| | |
|---|---|
| Fees Charged YTD | 426.92 |
| Interest Charged YTD | 2,755.89 |

## Statement Summary

| | |
|---|---|
| **Total Dividends Paid Year to Date** | 0.01 |
| **Total Nontaxable Dividends Year to Date** | 0.00 |
| **Total Interest Charged Year to Date** | 2,755.89 |
| **Account Balance Summary** | |

| Shares | Balance | Loans | Balance |
|---|---|---|---|
| PRIMARY SHARE | 0.00 | 2015 GMC YUKON | 1,900.78 |
| KASASA CASH | 0.00 | 2021 CADILLAC ESCALADE ESV | 82,095.76 |
| CAPITOL FREE CHECKING | 0.00 | | |
| **Total** | **0.00** | **Total** | **83,996.54** |

earchive2.ddsservicebureau.com/cowww/DocumentServer/ViewDoc?AppID=1647&DocumentID=2597088&PrimaryKey=259708...



**CAPITOL**
CREDIT UNION

MICHAEL DENARD CARGILL
10701 CLAYWOOD DR
AUSTIN TX 78753

| __Account Number__ | __Starting Date__ | __Ending Date__ | __Branch__ |
|---|---|---|---|
| 3379721 | 09/06/2024 | 09/30/2024 | 5 |

## PRIMARY SHARE  (ID 0000)

| | | |
|---|---|---|
| Balance Forward | | $0.00 |
| + 1 Deposit | | $10.00 |
| Ending Balance | | $10.00 |

Transaction Detail

| __Date__ | __Description__ | __Withdrawals__ | __Deposits__ | __Balance__ |
|---|---|---|---|---|
| | Balance Forward | | | $0.00 |
| 09/06 | Deposit Kiosk Transfer From CTCHGC LLC XXXXXXXXXX Share 0008 | | $10.00 | $10.00 |
| | Ending Balance | | | $10.00 |
| | Dividends Paid YTD $0.00 | | | |

## KASASA CASH BACK  (ID 0008)

| | | |
|---|---|---|
| Balance Forward | | $0.00 |
| - 25 Withdrawals | | $3,908.22 |
| + 4 Deposits | | $4,786.01 |
| Ending Balance | | $877.79 |

Transaction Detail

| __Date__ | __Description__ | __Withdrawals__ | __Deposits__ | __Balance__ |
|---|---|---|---|---|
| | Balance Forward | | | $0.00 |
| 09/06 | Deposit Kiosk Transfer From CTCHGC LLC XXXXXXXXXX Share 0008 | | $25.00 | $25.00 |
| 09/10 | Deposit Kiosk Transfer From CTCHGC LLC XXXXXXXXXX Share 0008 | | $1,700.00 | $1,725.00 |
| 09/10 | Withdrawal Kiosk Transfer To CTCHGC LLC XXXXXXXXXX Share 0008 | -$25.00 | | $1,700.00 |
| 09/11 | Withdrawal Kiosk Transfer To CTCHGC LLC XXXXXXXXXX Share 0008 | -$1,040.00 | | $660.00 |
| 09/11 | Withdrawal Kiosk Transfer To CTCHGC LLC XXXXXXXXXX Share 0008 | -$100.00 | | $560.00 |

| Date | Description | Amount | | Balance |
|------|-------------|--------|--|---------|
| 09/14 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$200.00 | | $360.00 |
| 09/14 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$200.00 | | $160.00 |
| 09/15 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$100.00 | | $60.00 |
| 09/16 | Deposit Kiosk Transfer<br>From CTCHGC LLC XXXXXXXXX Share 0008 | | $900.00 | $960.00 |
| 09/16 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$100.00 | | $860.00 |
| 09/16 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$100.00 | | $760.00 |
| 09/18 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$75.00 | | $685.00 |
| 09/18 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$100.00 | | $585.00 |
| 09/18 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0010 | -$180.00 | | $405.00 |
| 09/20 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0010 | -$130.00 | | $275.00 |
| 09/20 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0009 | -$195.00 | | $80.00 |
| 09/25 | Deposit ACH VACP TREAS 310<br>CO: VACP TREAS 310 | | $2,161.01 | $2,241.01 |
| 09/26 | Withdrawal Kiosk Transfer<br>To CTCHGC LLC XXXXXXXXX Share 0008 | -$200.00 | | $2,041.01 |
| 09/29 | Withdrawal Debit Card Debit Card<br>MAVERICKS DANCEHALL BUDA TX | -$34.25 | | $2,006.76 |
| 09/29 | Withdrawal Debit Card Debit Card<br>MAVERICKS DANCEHALL BUDA TX | -$8.00 | | $1,998.76 |
| 09/29 | Withdrawal Debit Card Debit Card<br>TST* PROGRESS COFFEE - BUDA TX | -$50.80 | | $1,947.96 |
| 09/29 | Withdrawal Debit Card Debit Card<br>MAVERICKS DANCEHALL BUDA TX | -$11.00 | | $1,936.96 |
| 09/29 | Withdrawal Debit Card Debit Card<br>QT 4125 OUTSIDE AUSTIN TX | -$84.21 | | $1,852.75 |
| 09/29 | Withdrawal Debit Card Debit Card<br>BENDER BAR & GRILL 512-4471800 TX | -$22.83 | | $1,829.92 |
| 09/29 | Withdrawal Debit Card Debit Card<br>AUSTIN SHOE HOSPITAL 4 AUSTIN TX | -$77.83 | | $1,752.09 |
| 09/29 | Withdrawal POS #625610<br>DELICIOUS GARDEN II 1847 HWY 46 #G NEW BRAUNFLES TX | -$63.97 | | $1,688.12 |
| 09/30 | Withdrawal Debit Card Debit Card<br>SPORTSMANS INTERNET ST 800-2863076 UT | -$679.27 | | $1,008.85 |
| 09/30 | Withdrawal Debit Card Debit Card<br>PY *CATFISH PARLOUR AUSTIN TX | -$46.43 | | $962.42 |
| 09/30 | Withdrawal Debit Card Debit Card<br>BENDER BAR & GRILL 512-4471800 TX | -$84.63 | | $877.79 |

24-11072-smr Doc#70-1 Filed 10/25/24 Entered 10/25/24 16:05:54 Exhibit Bank

Ending Balance                                                    $877.79

Dividends Paid YTD $0.00

---

## Summary

Year to Date Totals

| | |
|---|---|
| Dividends Paid YTD | $0.00 |
| PRIMARY SHARE | $10.00 |
| KASASA CASH BACK | $877.79 |